UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PATRICIA L. CARLIN et al.,                                              :
                                                                        :
                              Plaintiffs,                               :   24-CV-8435 (JMF)
                                                                        :
              -v-                                                       :          ORDER
                                                                        :
UNITED HEALTHCARE INSURANCE COMPANY                                     :
OF NEW YORK, INC. et al.,                                               :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 13, 2025, Defendants National Government Services, Inc. and Novitas Solutions, Inc. filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No. 15.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **February 3, 2025**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.  If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **February 3, 2025**.  Defendants' reply, if any, shall be filed by **February 10, 2025**.

       Finally, it is further ORDERED that the initial pretrial conference previously scheduled for January 23, 2025 is hereby ADJOURNED *sine die*.

       SO ORDERED.

Dated: January 14, 2025
      New York, New York                                   _____
                                                                           JESSE M. FURMAN
                                                                  United States District Judge