UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
PATRICIA L. CARLIN et al., :
:
Plaintiffs, : 24-CV-8435 (JMF)
:
-v- : ORDER
:
UNITED HEALTHCARE INSURANCE COMPANY OF :
NEW YORK, INC. et al., :
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the United Defendants' new motion to dismiss, *see* Docket No. 49, Defendants' earlier motion to dismiss filed at Docket No. 39 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **June 5, 2025**. Defendants' reply, if any, is due by **June 12, 2025**.

    The Clerk of Court is directed to terminate Docket No. 39.

    SO ORDERED.

Dated: May 23, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                               United States District Judge