UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PATRICIA L. CARLIN et al., :
:
                Plaintiffs, :
: 24-CV-8435 (JMF)
   -v- :
: ORDER
:
UNITED HEALTHCARE INSURANCE COMPANY OF :
NEW YORK, INC. et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      To avoid duplicative briefing, Plaintiffs shall file a single consolidated brief in opposition to both motions to dismiss, *see* ECF Nos. 49, 53, no later than **June 12, 2025**. Defendants' replies, if any, are due by **June 19, 2025**. These deadlines supersede the schedule set out in the Court's May 23, 2025 Order, *see* ECF No. 51.

      SO ORDERED.

Dated: May 27, 2025
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge