

**Honor Costello**
HCostello@crowell.com
(212) 803-4064 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.202.628.5116 fax

December 9, 2025

**<u>VIA ECF</u>**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: *Carlin vs. UnitedHealth Group Incorporated, et al*, 1:24-CV-008435 (JMF)

Dear Judge Furman:

This firm, through its attorneys, represents defendants UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and UnitedHealthcare Insurance Company (collectively, "United") in the above-referenced action. United submits this letter motion seeking an adjournment of the initial pretrial conference currently scheduled for December 17, 2025.

On September 26, 2025, Plaintiffs filed their Third Amended Complaint in this action. ECF No. 72 ("TAC"). That same day, the Court ordered Plaintiffs to show cause, no later than October 10, 2025, why their claims should not be dismissed for lack of subject-matter jurisdiction. ECF No. 74 ("OSC"). The Court also scheduled an initial pretrial conference for November 5, 2025. ECF No. 73.

Following a request by United to adjourn the initial pretrial conference until after the Court issued a ruling on the OSC, to which Plaintiffs consented, the Court adjourned the initial pretrial conference *sine die*. ECF No. 76. On November 20, 2025, the Court issued a Memorandum Opinion and Order concluding that the Third Amended Complaint should not be dismissed at this stage for lack of subject-matter jurisdiction. ECF No. 79. The Court ordered United to answer or otherwise respond to the Third Amended Complaint no later than December 10, 2025, and scheduled the initial pretrial conference for December 17, 2025. *Id.*

United intends to file a motion to dismiss the Third Amended Complaint on December 10, 2025. We write respectfully to request an adjournment of the initial pretrial conference to a date at least three weeks after the Court issues a ruling on United's motion to dismiss or, alternatively, to a date in January 2026 after the motion to dismiss briefing is complete.

 Crowell

This is United's second request for an adjournment of the initial pretrial conference. Given that United will seek dismissal of all claims, the interests of judicial economy and efficiency would be served by deferring discussions regarding a potential discovery schedule until after the Court rules on United's motion to dismiss.  Plaintiffs consent to this request.

Respectfully submitted,

*/s/ Honor Costello*
  Honor Costello

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 803-4064
HCostello@crowell.com

c.c.:  Counsel of Record

Application GRANTED on consent.  The initial pretrial conference previously scheduled for December 17, 2025 is hereby ADJOURNED *sine die*.  The Clerk of Court is directed to terminated ECF No. 81.

SO ORDERED.

December 10, 2025