UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                            :

PATRICIA L. CARLIN et al.,              :

                            :

           Plaintiffs,         :        24-CV-8435 (JMF)

                            :

     -v-                    :         ORDER

                            :

UNITED HEALTHCARE INSURANCE COMPANY  :
OF NEW YORK, INC. et al.,       :

                            :

           Defendants.       :

                            :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 10, 2025, Defendants filed a motion to dismiss the Third Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  In light of the upcoming holidays, Plaintiffs shall file any opposition to the motion to dismiss by **January 5, 2026**. Defendants' reply, if any, shall be filed by **January 12, 2026.**

      SO ORDERED.

Dated: December 11, 2025
      New York, New York                             JESSE M. FURMAN
                                           United States District Judge